# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**     **CASE NO. 6:23-CR-00142-03**

**VERSUS**     **JUDGE ROBERT R. SUMMERHAYS**

**DRAPPER LAVAR ANTHONY JR (03)**     **MAGISTRATE JUDGE DAVID J. AYO**

## MINUTES OF COURT:
### Initial Appearance \ Arraignment \ Detention Hearing

| | | | |
|---|---|---|---|
| Date: | November 29, 2023 | Presiding: | Magistrate Judge Carol B. Whitehurst |
| Court Opened: | 2:30 p.m. | Courtroom Deputy: | Paula Jordan |
| Court Adjourned: | 4:20 p.m. | Court Reporter: | LCR |
| Statistical Time: | 1:50 | Courtroom: | CR6 |
| | | Probation Officer: | Michael Christy |

### APPEARANCES

| | | |
|---|---|---|
| LaDonte A Murphy (AUSA) | For | United States of America |
| Todd S Clemons (Retained) | For | Drapper Lavar Anthony, Jr (03), Defendant |
| Drapper Lavar Anthony (Defendant) | | |

### PROCEEDINGS

**BEFORE COURT OPENED:**
Defendant Refused to be Interviewed
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE ON:** Superseding Indictment
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights
Detention Hearing Requested By: Defendant
Detention Hearing: Held

**ORDER:**
Pursuant to FRCrP 5(F), the government was ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and advised of possible consequences for failure to comply.

**ARRAIGNMENT ON: Superseding Indictment**
Defendant Sworn
Defendant advised of Charges, Maximum Penalties & Rights
Waiver of formal reading of indictment
Plea Entered: Not Guilty To Count(s) All Counts
Arraignment Held

**DETENTION HEARING:**
Defendant Appeared With Counsel
Detention Hearing Held

Testimony received from witnesses listed on the attached witness list.
Argument received from counsel.

The government proffered the Pretrial Report.

**(DETAINED)**

Based on the testimony and pretrial services report, the Court finds that by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.  IT IS ORDERED the defendant is hereby detained.

Defendant ordered detained and remanded to the custody of the U.S. Marshal Service pending trial.

**FILINGS:**
Due Porocess Protections Act
Witness List
Order of Detention Pending Revocation