UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:23-CR-00142 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| JOSEPH LAWRENCE HARRISON (01)<br>CODY LAJOHN WILLIAMS (02)<br>DRAPPER LAVAR ANTHONY JR (03) | MAGISTRATE JUDGE DAVID J. AYO |

## MINUTES

A telephone status conference was held on Friday, December 15, 2023, starting at 11:00 a.m. and ending at 11:10 a.m.[1] Participating in the conference, along with the undersigned, were Dustin Talbot on behalf of defendant Joseph Lawrence Harrison (01), Gerald Block on behalf of defendant Cody Lajohn Williams (02), Todd Clemons on behalf of defendant Drapper Lavar Anthony, Jr. (03), and LaDonte Murphy on behalf of the government.

The undersigned notes that this matter was previously certified as complex and a motion to set trial beyond the Speedy Trial Act deadlines was granted. (Rec. Doc. 46). After brief discussion, pretrial conference and trial dates were selected. A separate order will issue setting these dates in the record of the case.

Signed at Lafayette, Louisiana on this 18th day of December, 2023.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical Time: 10 min.